IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RAYMOND WINCHESTER, | § | |
| | § | No. 258, 2016 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID 1408023564 |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted: August 8, 2016
Decided: August 15, 2016

**O R D E R**

This 15th day of August 2016, it appears to the Court that, on July 21, 2016, the Clerk issued a notice to the appellant to show cause why this appeal should not be dismissed for his failure to file his opening brief and appendix in this matter. The appellant failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed under Supreme Court Rule 3(b)(2).

NOW, THEREFORE, IT IS HEREBY ORDERED that the appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice